UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUWAY HEALTH, INC.,
GAVIN SOLOMON,

                                    Plaintiffs,

                    -against-

TRIVIDIA HEALTH, INC.,

                                    Defendant.

26-CV-3832 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 22, 2026, the Court directed Plaintiff Gavin Solomon ("Solomon"), within thirty days, to submit (1) a completed request to proceed *in forma pauperis* ("IFP application") or pay the fees required to file a civil action in this court; (2) his mailing address and email address; and (3) a signature page of the complaint with his signature. [1] That order specified that failure to comply would result in dismissal of the complaint.

Solomon has failed to comply, subjecting the complaint to dismissal: He has not filed an IFP application or paid the fees; has not provided his contact information; and has not submitted a signed signature page of his complaint.[2] Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] The May 22, 2026 order also dismissed Plaintiff Truway Health, Inc. ("Truway") from the action without prejudice to Truway retaining counsel.

[2] Counsel for Truway has not appeared in the action.

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   June 30, 2026
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2